Gary M. Anderson (State Bar No. 97385)
  ganderson@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6100 Center Drive, Suite 1200
Los Angeles, California 90045
Telephone:  (310) 824-5555
Facsimile:  (310) 824-9696

James Smedley (Pro Hac Vice)
  JSmedley@egsllp.com
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas, 11th Floor
New York, NY  10105
Telephone:  (212) 370-1300
Facsimile:  (212) 370-7889

Attorneys for Plaintiff Pastor Villareal Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PASTOR VILLAREAL INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>BORDERLAND TRADERS LLC, ET AL.,<br><br>              Defendants. | Case No. 2:19-cv-08381-MWF-AFM<br><br>**PLAINTIFF'S REQUEST TO ENTER DEFENDANTS' DEFAULT PURSUANT TO RULE 55(a)**<br><br>Judge:  Hon. Michael W. Fitzgerald<br><br>Courtroom:  5A |

Plaintiff Pastor Villareal Inc., dba Innovacion Natural, hereby requests that the Court enter the default of Defendants' Borderland Traders LLC, Suerte y Salud LLC and Jose De Jesus Garcia, aka Jose Garcia, aka Jesus Garcia Dieguez pursuant to Rule 55(a), FRCP.

**Factual Background**

The Complaint in this case was filed on November 15, 2018 [DE 1].

Counsel for all Defendants entered an appearance on December 11, 2018. [DE 5].

1    On January 3, 2019 Defendants filed a First Motion to Dismiss for Lack of Jurisdiction or in the Alternative to Transfer the Case. [DE 7]. One of the venues Plaintiff listed as a "proper forum" in its Alternative Motion to Transfer the Case is a District Court of California. [DE 8, page 6]. In its Opposition to the Motion, Plaintiff agreed to transfer to the Central District of California. [DE 12]. Nonetheless, in their Reply, the Defendants requested either that the suit be dismissed or that the suit transfer to the United States District Court for the Western District of Texas. [DE 13].

On September 26, 2019 the New Jersey District Court transferred the case to the Central District of California. [DE 14].

On September 27, 2019 the Court issued a Notice of Pro Hac Vice application due for Defendants' Counsel Nicholas M. Fausto. [DE 20].

As of the date of this Request Mr. Fausto has not filed a Pro Hac Vice application and the Defendants have failed to file an Answer to the Complaint. Nor have they requested an extension of time to file an Answer.

**Discussion**

In response to the Complaint the Defendants filed a Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative to Transfer the Case to the Western District of Texas.

Although Defendants' Motion did not specifically reference Rule 12(b)(2), FRCP, a Motion to Dismiss for Lack of Personal Jurisdiction in lieu of an answer falls under Rule 12(b)(2). In the alternative Defendants sought to transfer the case under 28 § 1404(a).

On September 26, 2019 the New Jersey District Court ordered that the case be transferred to the Central District of California. [DE 14]. Implicit in the Court's Order to transfer is that it was denying Defendants' Motion to Dismiss for Lack of Personal Jurisdiction.

1   Under Rule 12(a)(4)(A) if the Court denies a motion filed under Rule 12, the
2   responsive pleading must be served within fourteen (14) days after notice of the
3   Court's action.  The Defendants through their counsel of record, Mr. Fausto,
4   received notice of the Court's action when the transfer order was entered on
5   September 26, 2019 via the CM/ECF system.
6   Accordingly the deadline for Defendants to have served an answer to the
7   Complaint was October 10, 2019.  Defendants have failed to file an Answer of this
8   date.

## Conclusion

Plaintiff Pastor Villareal, Inc. respectfully requests that the Clerk enter the default of Defendants' Borderland Traders LLC, Suerte y Salud LLC and Jose De Jesus Garcia, aka Jose Garcia, aka Jesus Garcia Dieguez.

DATED:  November 7, 2019          Respectfully submitted,

FULWIDER PATTON LLP

By: _____
    Gary M. Anderson, Esq.
    FULWIDER PATTON LLP
    Howard Hughes Center
    6100 Center Drive, Suite 1200
    Los Angeles, California 90045

    James Smedley, Esq.
    ELLENOFF GROSSMAN & SCHOLE LLP
    1345 Avenue of the Americas, 11th Floor
    New York, NY  10105

    Attorneys for Plaintiff Pastor Villareal Inc

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Fulwider Patton LLP, 6100 Center Drive, Suite 1200, Los Angeles, California 90045. On November 7, 2019, I served the original of the within documents:

**PLAINTIFF'S REQUEST TO ENTER DEFENDANTS' DEFAULT PURSUANT TO RULE 55(a)**

| | |
|---|---|
| Nicholas M. Fausto<br>Law Office of Nicholas Fausto<br>1 Convention Boulevard, Suite 2-293<br>Atlantic City, NJ 08401<br>nfausto@comcast.net | Legal counsel for Defendants |

by the following means of service:

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed to the parties as set forth above.

[ ] by placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth above, and deposited in a box or facility regularly maintained by the overnight delivery service carrier Federal Express.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[X] by transmitting the document(s) listed above, <u>via email to legal counsel for Defendants</u>. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 7, 2019, in Los Angeles, California.

_____
Adam Stocks